1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY etc., <br><br> Plaintiff, <br><br> v. <br><br> HOFFMAN CONCRETE COMPANY, INC. etc., et al. <br><br> Defendants. | CASE NO.: CV13-0960 BRO (JPRx) <br><br> **JUDGMENT AGAINST DEFENDANT HOFFMAN CONCRETE COMPANY, INC.** |
| AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Cross-Complainant, <br><br> v. <br><br> HOFFMAN CONCRETE COMPANY, INC. etc, et al., <br><br> Cross-Defendants. | |

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company (hereinafter "CLTF" where not referred to by its full name),

defendant/cross defendant Hoffman Concrete Company, Inc. (hereinafter "HOFFMAN CONCRETE" where not referred to by its full name) and defendant/cross-complainant American Contractors Indemnity Company (hereinafter "the SURETY" where not referred to by its full name) have filed a stipulation ("Stipulation") in which: CLTF and HOFFMAN CONCRETE stipulate to entry of judgment in favor of CLTF on its first, second and fourth claims for relief; CLTF, HOFFMAN and the SURETY stipulate to dismissal of CLTF's third and fifth claims for relief contingent on entry of judgment in accordance with the Stipulation; and the SURETY and HOFFMAN stipulate to a dismissal of the SURETY's cross-complaint contingent on a final disposition of the main action brought by CLTF, in accordance with the Stipulation.  Pursuant to the Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.     JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, San Diego County Construction Laborers Pension Trust Fund, San Diego Construction Advancement Fund 2003, and Fund for Masonry Industry Advancement (hereinafter "Trust Funds" where referenced collectively), and AGAINST DEFENDANT HOFFMAN CONCRETE COMPANY, INC. IN THE PRINCIPAL AMOUNT OF $172,320.88.

2. The Trust Funds have not conducted a full audit of the records of HOFFMAN CONCRETE for any months after July 2011.  The monetary judgment issued hereby in paragraph "1" above shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including CLTF on behalf of the Trust Funds or any individual Trust Fund) to determine and collect any additional amounts due by HOFFMAN CONCRETE for months after July 2011.

3. FINAL AND PERMANENT INJUNCTIVE RELIEF IS HEREBY GRANTED AS FOLLOWS:  Defendant Hoffman Concrete Company, Inc. and its managing agents and employees, and all those in active concert or participation with any one or more of them (including but not limited to cross-defendant Dean Hoffman, Jr.), are hereby ordered to deliver or cause to be delivered to the Trust Funds by no later than 4:30 p.m. on the 20th day of each month for the duration of the Southern California Master Labor Agreement and any other present or future collective bargaining agreement requiring HOFFMAN CONCRETE to contribute to the Trust Funds (unless HOFFMAN CONCRETE has for the month both inactivated its account with the Trust Funds in accordance with the terms of the applicable agreements and has in fact not performed any work covered by the applicable agreements):

    3.A. Truthfully and accurately completed monthly fringe benefit contribution report(s) covering all of HOFFMAN CONCRETE 's present and future accounts with the Trust Funds, collectively identifying all persons for whom fringe benefit contributions are owed to the Trust Funds for the previous month, and, itemized by person, the hours of work they performed for which fringe benefit contributions are due;

///

3.B.   An affidavit or declaration from a managing officer or other managing agent of HOFFMAN CONCRETE attesting under penalty of perjury to the completeness, truthfulness and accuracy of each monthly report submitted; and

3.C.   A check or checks made payable to the "Construction Laborers Trust Funds for Southern California" totaling the full amount of fringe benefit contributions due by HOFFMAN CONCRETE to the Trust Funds for the previous month (as set forth on the monthly report(s) submitted).

**IT IS SO ORDERED.**

Dated:  October 31, 2013            _____
                                                          HONORABLE BEVERLY REID O'CONNELL
                                                          UNITED STATES DISTRICT COURT JUDGE